UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Anthony and Deborah Lillo

Case No: 16-31850
Chapter: 7
Judge: Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

Charles A. Stanziale, the Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street, Newark, NJ 07102

If an objection if filed, a hearing will be held before the Honorable Vincent F. Papalia on January 18, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. If no objection is filed, the abandonment shall take effect on the entry by the Clerk of a Certification of No Objection

Description and value of Property:
The Debtor owns the following real properties:

49 Linden Drive, Albrightsville, PA. The Property has a fair market value of $76,800
84 Shawnee Trail, Albrightsville, PA. The Property has a fair market value of $109,000
45 Parker Avenue, Hawthorne, NJ. The Property has a fair market value of $348,900
177 Elmwood Drive, Albrightsville, PA. The Property has a fair market value of $132,000
129 Scenic Drive, Albrightsville, PA. The Property has a fair market value of $102,000

Liens on Property:
Ocwen: $130,192.85 (49 Linden Drive, Albrightsville, PA)
Seterus: $144,652.31 (84 Shawnee Trail, Albrightsville, PA)
ASC: $369,623.56 (45 Parker Avenue, Hawthorne, NJ)
Bank of America: $35,185.47 (2nd mortgage - 45 Parker Avenue, Hawthorne, NJ)
PNC: $152,216.49 (177 Elmwood Drive, Albrightsville, PA)
Ditech: $119,247.92 (129 Scenic Drive, Albrightsville, PA)

Amount of equity claimed as exempt:
Full exemptions

Objections must be served on, and requests for additional information directed to:

NAME: Charles A. Stanziale, Esq.
ADDRESS: Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102
TELEPHONE NO: (973) 622-4444

ME1 12161197v.1

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-31850-VFP
Anthony Lillo, III                                              Chapter 7
Deborah Lillo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2            Date Rcvd: Dec 16, 2016
                                Form ID: pdf905        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
```
db/jdb         +Anthony Lillo, III,    Deborah Lillo,    45 Parker Avenue,    Hawthorne, NJ 07506-1732
cr             +Seterus, Inc. as the authorized subservicer for Fe,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516500920      +AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
516500921      +Anthony Addas,    45 Parker Avenue,    Hawthorne, NJ 07506-1732
516500922      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516500923      +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
516500924      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516500946      +Denise Welsh,    3806 Bensalem Blvd Apt 131,    Bensalem, PA 19020-4723
516500931      +Don Esposito,    180 Greenville St,    Woodbridge, NJ 07095-1834
516500928      +Early Warning Services,    16552 N 90th St #100,    Scottsdale, AZ 85260-1619
516500929      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
516500930      +Equifax,    P.O. Box 740256,    Atlanta, GA 30374-0256
516500933      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
516500934      +Experian,    Business Information Services,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
516500942      +Joe Tedesco,    448 Bayard St,    Lansport, PA 17702-7203
516500943      +Joe Tedesco,    448 Bayard St,    Williamsport, PA 17702-7203
516500939       Paul Schmeltzer,    620 W. Middletown, RD,    Media, PA 19063
516500938      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516500927      +Samantha Donofrio,    31 Camelot Dr,    Farmingdale, NJ 07727-3872
516500941      +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
516500940      +Tracee Sealy,    3001 Rt 130 South Apt 90B,    Riverside, NJ 08075-2732
516500944      +TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022-2000
516500945      +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
516500935      +Zaharias Fessaras,    13 Hempstead Dr,    Newark, DE 19702-7715
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2016 22:48:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2016 22:48:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516500919      +E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2016 22:47:45      Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
516500925      +Fax: 602-659-2196 Dec 16 2016 22:56:05      ChexSystems,    Attn: Consumer Relations,
                 7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
516500926      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 16 2016 22:48:10      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
516500937      +Fax: 407-737-5634 Dec 16 2016 23:16:10      Ocwen Loan Servicing Llc,    Attn: Research Dept,
                 1661 Worthintong Rd Ste 100,    West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516500947*     +Denise Welsh,    3806 Bensalem Blvd Apt 131,    Bensalem, PA 19020-4723
516500932*     +Don Esposito,    180 Greenville St.,    Woodbridge, NJ 07095-1834
516500936*     +Zaharias Fessaras,    13 Hempstead Dr.,    Newark, DE 19702-7715
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 16, 2016
                              Form ID: pdf905          Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:

        Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
         cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com
        Charles A. Stanziale, Jr.    cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com
        Jeanette F. Frankenberg    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
        John F. Murano    on behalf of Debtor Anthony  Lillo, III john@muranoroth.com,
         vicky@muranoroth.com
        John F. Murano    on behalf of Joint Debtor Deborah  Lillo john@muranoroth.com,
         vicky@muranoroth.com

                                                                                                                                                              TOTAL: 5