| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Attorneys for Secured Creditor, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.<br>By:Jeanette F. Frankenberg, Esq. | Order Filed on February 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Anthony Lillo, III dba Tony Lillo's Landscape and Snow Removal<br><br>    Deborah Lillo aka Deborah Addas-Lillo<br><br>    Debtor(s) | Case No.: 16-31850-VFP<br>Chapter: 7<br>Hearing Date: January 31, 2017<br>@ 10:00 AM<br>Judge: Vincent F. Papalia U.S.B.J. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 7, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: **Anthony Lillo, III dba Tony Lillo's Landscape and Snow Removal and Deborah Lillo aka Deborah Addas-Lillo**
Case No.:**16-31850-VFP**
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of **Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **84 Shawnee Trail, Albrightsville, Pennsylvania 18210.**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code. The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**File No. 201604374**