| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Attorneys for Secured Creditor, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.<br>By:Jeanette F. Frankenberg, Esq. | **Order Filed on February 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>　　　Anthony Lillo, III dba Tony Lillo's Landscape and Snow Removal<br><br>　　　Deborah Lillo aka Deborah Addas-Lillo<br><br>　　　　　　　Debtor(s) | Case No.: 16-31850-VFP<br>Chapter: 7<br>Hearing Date: January 31, 2017<br>@ 10:00 AM<br>Judge: Vincent F. Papalia U.S.B.J. |

## ORDER VACATING AUTOMATIC STAY

　　The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 7, 2017**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge**

Debtor: **Anthony Lillo, III dba Tony Lillo's Landscape and Snow Removal and Deborah Lillo aka Deborah Addas-Lillo**
Case No.:**16-31850-VFP**
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of **Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **84 Shawnee Trail, Albrightsville, Pennsylvania 18210.**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code. The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

**File No. 201604374**

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Lillo, III  
Deborah Lillo  
    Debtors

Case No. 16-31850-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 08, 2017  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2017.  
db/jdb         +Anthony Lillo, III,    Deborah Lillo,    45 Parker Avenue,    Hawthorne, NJ 07506-1732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:  
         Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.  
          cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com  
         Charles A. Stanziale, Jr.    cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor    PNC Bank, National Associaton dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for  
          Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
         John F. Murano    on behalf of Debtor Anthony   Lillo, III john@muranoroth.com,  
          vicky@muranoroth.com  
         John F. Murano    on behalf of Joint Debtor Deborah   Lillo john@muranoroth.com,  
          vicky@muranoroth.com  
                                                                                                   TOTAL: 6