**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number:  973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:**   16−31850−VFP | **DATE FILED::** 11/15/16 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Anthony Lillo III<br>dba Tony Lillo's Landscape and Snow Removal<br>xxx−xx−4331<br><br>Deborah Lillo<br>aka Deborah Addas−Lillo<br>xxx−xx−2529 | **ADDRESS OF DEBTOR(S):**<br><br>45 Parker Avenue<br>Hawthorne, NJ 07506<br><br><br><br>45 Parker Avenue<br>Hawthorne, NJ 07506 |
| DEBTOR'S ATTORNEY:<br>John F. Murano<br>Murano & Roth, LLC<br>800 Kinderkamack Road − Suite 202N<br>Oradell, NJ 07649<br><br>201−265−3400<br><br>John F. Murano<br>Murano & Roth, LLC<br>800 Kinderkamack Road − Suite 202N<br>Oradell, NJ 07649<br><br>201−265−3400 | TRUSTEE:<br>Charles A. Stanziale Jr.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 639−7908 |

   It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

   It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/15/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

   **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**


Dated: February 15, 2017                                                FOR THE COURT

Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 16-31850-VFP
Anthony Lillo, III                                                         Chapter 7
Deborah Lillo
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 15, 2017
                              Form ID: noa         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.
```
db/jdb        +Anthony Lillo, III,   Deborah Lillo,   45 Parker Avenue,   Hawthorne, NJ 07506-1732
cr            +Seterus, Inc. as the authorized subservicer for Fe,   Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway, Suite 302,   Roseland, NJ 07068-1640
516500921     +Anthony Addas,   45 Parker Avenue,   Hawthorne, NJ 07506-1732
516500946     +Denise Welsh,   3806 Bensalem Blvd Apt 131,   Bensalem, PA 19020-4723
516500931     +Don Esposito,   180 Greenville St,   Woodbridge, NJ 07095-1834
516500928     +Early Warning Services,   16552 N 90th St #100,   Scottsdale, AZ 85260-1619
516500929     +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
516500930     +Equifax,   P.O. Box 740256,   Atlanta, GA 30374-0256
516500933     +Experian,   P.O. Box 2002,   Allen, TX 75013-2002
516500934     +Experian,   Business Information Services,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
516500942     +Joe Tedesco,   448 Bayard St,   Lansport, PA 17702-7203
516500943     +Joe Tedesco,   448 Bayard St,   Williamsport, PA 17702-7203
516500939      Paul Schmeltzer,   620 W. Middletown, RD,   Media, PA 19063
516500938     +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
516500927     +Samantha Donofrio,   31 Camelot Dr,   Farmingdale, NJ 07727-3872
516500941     +Seterus Inc,   14523 Sw Millikan Way St,   Beavertton, OR 97005-2352
516500940     +Tracee Sealy,   3001 Rt 130 South Apt 90B,   Riverside, NJ 08075-2732
516500944     +TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022-2000
516500935     +Zaharias Fessaras,   13 Hempstead Dr,   Newark, DE 19702-7715
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2017 23:57:35     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2017 23:57:33     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: GMACFS.COM Feb 15 2017 23:33:00     Ally Financial,   PO Box 130424,
                Roseville, MN  55113-0004
516500919     +EDI: GMACFS.COM Feb 15 2017 23:33:00     Ally Financial,   Po Box 380901,
                Bloomington, MN 55438-0901
516500920     +EDI: PHINAMERI.COM Feb 15 2017 23:33:00     AmeriCredit/GM Financial,   Po Box 183853,
                Arlington, TX 76096-3853
516500922     +EDI: BANKAMER.COM Feb 15 2017 23:33:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                Greensboro, NC 27420-6012
516500923     +EDI: CAPITALONE.COM Feb 15 2017 23:33:00     Capital One,   Po Box 30285,
                Salt Lake City, UT 84130-0285
516500924     +EDI: CHASE.COM Feb 15 2017 23:33:00     Chase Card Services,   Correspondence Dept,
                Po Box 15278,   Wilmington, DE 19850-5278
516500925     +Fax: 602-659-2196 Feb 16 2017 00:18:24     ChexSystems,   Attn: Consumer Relations,
                7805 Hudson Road, Suite 100,   Saint Paul, MN 55125-1703
516500926     +E-mail/Text: bankruptcy.bnc@ditech.com Feb 15 2017 23:57:14     Ditech,   Attn: Bankruptcy,
                Po Box 6172,   Rapid City, SD 57709-6172
516500937     +Fax: 407-737-5634 Feb 16 2017 00:28:24     Ocwen Loan Servicing Llc,   Attn: Research Dept,
                1661 Worthintong Rd Ste 100,   West Palm Beach, FL 33409-6493
516500945     +EDI: WFFC.COM Feb 15 2017 23:33:00     Wells Fargo Bank, Na,   Mac F82535-02f,   Po Box 10438,
                Des Moines, IA 50306-0438
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516500947*    +Denise Welsh,   3806 Bensalem Blvd Apt 131,   Bensalem, PA 19020-4723
516500932*    +Don Esposito,   180 Greenville St.,   Woodbridge, NJ 07095-1834
516500936*    +Zaharias Fessaras,   13 Hempstead Dr.,   Newark, DE 19702-7715
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2017
                              Form ID: noa             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
              Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
               cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.     cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Associaton dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              John F. Murano    on behalf of Debtor Anthony  Lillo, III john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Joint Debtor Deborah  Lillo john@muranoroth.com,
               vicky@muranoroth.com
                                                                                             TOTAL: 6
```