UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Anthony and Deborah Lillo

Debtor (s)

Case No.: _____16-31850-VFP_____

Chapter: _____7_____

Judge: _____Papalia_____

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: _John F. Murano_____

This will confirm that on _____3/30/17_____ the following document(s) was filed by you.

☐   Amendment to Schedule(s) _A/B, C_____,

☐   Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒   Declaration About an Individual Debtor's Schedules (106 Declaration)

☒   An updated Summary of Your Assets and Liabilities and Certain Statistical Information
    (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐   Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐   An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
    [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: _3/30/17_____                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Lillo, III  
Deborah Lillo  
    Debtors

Case No. 16-31850-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 30, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.  
db/jdb      +Anthony Lillo, III,    Deborah Lillo,    45 Parker Avenue,    Hawthorne, NJ 07506-1732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:

         Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr. cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com  
         Charles A. Stanziale, Jr.    cstanziale@mccarter.com, slipstein@mccarter.com;nj06@ecfcbis.com  
         Denise E. Carlon    on behalf of Creditor    PNC Bank, National Associaton dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
         John F. Murano    on behalf of Debtor Anthony Lillo, III john@muranoroth.com, vicky@muranoroth.com  
         John F. Murano    on behalf of Joint Debtor Deborah Lillo john@muranoroth.com, vicky@muranoroth.com

                                                                                                   TOTAL: 6