| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in compliance with D.N.J. LBR 9004-1(b) <br><br> **McCARTER & ENGLISH, LLP** <br> Charles A. Stanziale, Jr. <br> Four Gateway Center <br> 100 Mulberry Street <br> Newark, NJ 07102 <br> Telephone: (973) 622-4444 <br> Facsimile:  (973) 624-7070 <br> Email: cstanziale@mccarter.com <br><br> *Proposed Counsel to the Chapter 7 Trustee* | Order Filed on May 10, 2017 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> ANTHONY AND DEBORAH LILLO <br><br> Debtors. | Case No.: 16-31850 (VFP) <br><br> Chapter 7 |

Recommended Local Form:    **X** Followed    ☐ Modified

### ORDER AUTHORIZING RETENTION OF McCARTER & ENGLISH, LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO FEBRUARY 14, 2017

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: May 10, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

ME1 24638230v.1

The applicant, __Charles A. Stanziale, Jr.,__ is the

(check all that apply):

☒ Trustee:   ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   McCarter & English, LLP
Address of Professional:   Four Gateway
100 Mulberry Street
Newark, NJ 07102

☒ Attorney for (check all that apply):

☒ Trustee   ☐ Debtor-in-Possession

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The Applicant is authorized to retain the above party in the professional capacity noted, *nunc pro tunc* to February 14, 2017.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

ME1 24638230v.1