---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Charles A. Stanziale, Jr.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cstanziale@mccarter.com

*Proposed Counsel to the Chapter 7 Trustee*

In re:

ANTHONY AND DEBORAH LILLO

           Debtors.

---

Order Filed on May 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-31850 (VFP)

Chapter 7

Recommended Local Form:    **X** Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF McCARTER & ENGLISH, LLP AS
COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO FEBRUARY 14, 2017**

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: May 10, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

ME1 24638230v.1

The applicant,  Charles A. Stanziale, Jr.,  is the

(check all that apply):

| **X** Trustee: | **X** Chap. 7 | ☐ Chap. 11 | ☐ Chap. 13. |

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    McCarter & English, LLP
Address of Professional:  Four Gateway
                          100 Mulberry Street
                          Newark, NJ 07102

**X**  Attorney for (check all that apply):

**X** Trustee   ☐ Debtor-in-Possession

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The Applicant is authorized to retain the above party in the professional capacity noted, *nunc pro tunc* to February 14, 2017.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Lillo, III  
Deborah Lillo  
    Debtors

Case No. 16-31850-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 10, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.  
db/jdb        +Anthony Lillo, III,    Deborah Lillo,    45 Parker Avenue,    Hawthorne, NJ 07506-1732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:

          Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.  
           cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com  
          Charles A. Stanziale, Jr.    cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com  
          Denise E. Carlon    on behalf of Creditor   PNC Bank, National Associaton dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Jeanette F. Frankenberg    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for  
          Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com  
          John F. Murano    on behalf of Debtor Anthony  Lillo, III john@muranoroth.com,  
           vicky@muranoroth.com  
          John F. Murano    on behalf of Joint Debtor Deborah  Lillo john@muranoroth.com,  
           vicky@muranoroth.com

                                                                                              TOTAL: 6