Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–31850–VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony Lillo III
   dba Tony Lillo's Landscape and Snow
   Removal
   45 Parker Avenue
   Hawthorne, NJ 07506

   Deborah Lillo
   aka Deborah Addas–Lillo
   45 Parker Avenue
   Hawthorne, NJ 07506

Social Security No.:
   xxx–xx–4331                xxx–xx–2529

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Vincent F. Papalia on:

DATE:          November 5, 2019
TIME:          02:00 PM
LOCATION:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $14,929.18
TOTAL DISBURSEMENTS:   $1411.60
BALANCE ON HAND:      $9246.04

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Charles Stanziale, Trustee

COMMISSION OR FEES
Fee: $1411.60

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 11, 2019
JAN: wdh

    Jeanne Naughton
    Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-31850-VFP
Anthony Lillo, III                                              Chapter 7
Deborah Lillo
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2        Date Rcvd: Oct 11, 2019
                              Form ID: 192           Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db/jdb         +Anthony Lillo, III,    Deborah Lillo,    45 Parker Avenue,    Hawthorne, NJ 07506-1732
aty            +McCarter & English, LLP,    Four Gateway Center,    100 Mulberry Street, PO Box 652,
                 Newark, NJ 07101-0652
cr             +Angelo J Aguilar,    PO Box 183853,    Arlington, TX 76096-3853
cr             +Seterus, Inc. as the authorized subservicer for Fe,     Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr             +US Bank National Association,    Robertson, Anschutz & Schneid, PL,
                 6409 CONGRESS AVE., SUITE 100,    BOCA RATON,, FL 33487-2853
516500921      +Anthony Addas,    45 Parker Avenue,    Hawthorne, NJ 07506-1732
516500924      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516500946      +Denise Welsh,    3806 Bensalem Blvd Apt 131,    Bensalem, PA 19020-4723
516500931      +Don Esposito,    180 Greenville St,    Woodbridge, NJ 07095-1834
516500928      +Early Warning Services,    16552 N 90th St #100,    Scottsdale, AZ 85260-1619
516500930      +Equifax,   P.O. Box 740256,    Atlanta, GA 30374-0256
516500929      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
516500933      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
516500934      +Experian,    Business Information Services,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
516500942      +Joe Tedesco,    448 Bayard St,    Lansport, PA 17702-7203
516500943      +Joe Tedesco,    448 Bayard St,    Williamsport, PA 17702-7203
516500939       Paul Schmeltzer,    620 W. Middletown, RD,    Media, PA 19063
516500938      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516500941     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Seterus Inc,     14523 Sw Millikan Way St,    Beavertton, OR 97005)
516500927      +Samantha Donofrio,    31 Camelot Dr,    Farmingdale, NJ 07727-3872
516500940      +Tracee Sealy,    3001 Rt 130 South Apt 90B,    Riverside, NJ 08075-2732
516500944       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
516648444      +U.S. Bank National Association,    6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
516500945      +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
516500935      +Zaharias Fessaras,    13 Hempstead Dr,    Newark, DE 19702-7715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2019 00:49:19      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2019 00:49:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Oct 12 2019 00:46:50      Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:44:38
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516500919      +E-mail/Text: ally@ebn.phinsolutions.com Oct 12 2019 00:46:50      Ally Financial,
                 Po Box 380901,   Bloomington, MN 55438-0901
516500920      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 12 2019 00:48:42
                 AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
516500923       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 00:43:12       Capital One,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
516699124       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2019 00:44:45
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516500925      +Fax: 602-659-2196 Oct 12 2019 01:03:05     ChexSystems,    Attn: Consumer Relations,
                 7805 Hudson Road, Suite 100,    Saint Paul, MN 55125-1703
516500926      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 12 2019 00:48:47      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
516500937      +Fax: 407-737-5634 Oct 12 2019 01:03:05     Ocwen Loan Servicing Llc,    Attn: Research Dept,
                 1661 Worthintong Rd Ste 100,    West Palm Beach, FL 33409-6493
516826616       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2019 00:44:54
                 Portfolio Recovery Associates, LLC,    c/o Lowe’s,    POB 41067,    Norfolk VA 23541
516667431      +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2019 00:43:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516500947*      +Denise Welsh,    3806 Bensalem Blvd Apt 131,    Bensalem, PA 19020-4723
516500932*      +Don Esposito,    180 Greenville St.,   Woodbridge, NJ 07095-1834
516500936*      +Zaharias Fessaras,    13 Hempstead Dr.,    Newark, DE 19702-7715
516500922     ##+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
                                                                                  TOTALS: 0, * 3, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
              Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
               cstanziale@chas-law.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.    cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Associaton dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
              John F. Murano    on behalf of Debtor Anthony  Lillo, III john@muranoroth.com,
               vicky@muranoroth.com;muranojr90959@notify.bestcase.com
              John F. Murano    on behalf of Joint Debtor Deborah  Lillo john@muranoroth.com,
               vicky@muranoroth.com;muranojr90959@notify.bestcase.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7