UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
**LILLO, ANTHONY, III**
**LILLO, DEBORAH**

Debtor(s)

Chapter 7 Proceedings
Case No. 16-31850-VFP

Hearing Date: 11/5/2019 at 2:00 pm

Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER FOR TRUSTEE'S FINAL ALLOWANCES

THIS MATTER, being opened to this Court by Charles A. Stanziale, Chapter 7 Trustee in the within matter, and the court having reviewed this Application together with the pleadings on file, and for good cause being shown,

It is on this _____ day of _____, 2019

ORDERED, that the Trustee, Charles A. Stanziale, be allowed the sum of $1,411.60 as his commission, together with the sum of $0.00 as unreimbursed expenses; and it is further,

ORDERED, that any and all claims against the estate that are hereinafter discovered, other than those already allowed, be and are hereby disallowed, null and void, and it is further,

ORDERED, that the Trustee be and is hereby authorized to destroy all books, records, and property of the debtor herein, that the Trustee has in his possession.  Before destroying such books, records and property of the Debtors, the Trustee shall provide the Debtors and their counsel with no less than fourteen (14) days prior written notice advising that the Debtors have the right to inspect and retrieve such books, records and property within such 14 day period, after which any remaining books, records and property may be destroyed or otherwise disposed of.

**DATED: November 6, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**