UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY



In re:
**LILLO, ANTHONY, III**
**LILLO, DEBORAH**

Chapter 7 Proceedings
Case No. 16-31850-VFP

Debtor(s)

Hearing Date: 11/5/2019 at 2:00 pm
**Order Filed on November 6, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

### ORDER FOR TRUSTEE'S FINAL ALLOWANCES

THIS MATTER, being opened to this Court by Charles A. Stanziale, Chapter 7 Trustee in the within matter, and the court having reviewed this Application together with the pleadings on file, and for good cause being shown,

It is on this _____ day of _____, 2019

ORDERED, that the Trustee, Charles A. Stanziale, be allowed the sum of $1,411.60 as his commission, together with the sum of $0.00 as unreimbursed expenses; and it is further,

ORDERED, that any and all claims against the estate that are hereinafter discovered, other than those already allowed, be and are hereby disallowed, null and void, and it is further,

ORDERED, that the Trustee be and is hereby authorized to destroy all books, records, and property of the debtor herein, that the Trustee has in his possession.  Before destroying such books, records and property of the Debtors, the Trustee shall provide the Debtors and their counsel with no less than fourteen (14) days prior written notice advising that the Debtors have the right to inspect and retrieve such books, records and property within such 14 day period, after which any remaining books, records and property may be destroyed or otherwise disposed of.

**DATED: November 6, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

United States Bankruptcy Court
District of New Jersey

In re:
Anthony Lillo, III
Deborah Lillo
    Debtors

Case No. 16-31850-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 06, 2019
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
db/jdb        +Anthony Lillo, III,    Deborah Lillo,    45 Parker Avenue,    Hawthorne, NJ 07506-1732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
          Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
           cstanziale@chas-law.com,   slipstein@mccarter.com;nj06@ecfcbis.com
          Charles A. Stanziale, Jr.    cstanziale@mccarter.com,   slipstein@mccarter.com;nj06@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    PNC Bank, National Associaton dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. cmecf@sternlav.com
          John F. Murano    on behalf of Debtor Anthony  Lillo, III john@muranoroth.com,
           vicky@muranoroth.com;muranojr90959@notify.bestcase.com
          John F. Murano    on behalf of Joint Debtor Deborah  Lillo john@muranoroth.com,
           vicky@muranoroth.com;muranojr90959@notify.bestcase.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 7