Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 16−31850−VFP
                              Chapter: 7
                              Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Lillo III | Deborah Lillo |
| dba Tony Lillo's Landscape and Snow Removal | aka Deborah Addas−Lillo |
| 45 Parker Avenue | 45 Parker Avenue |
| Hawthorne, NJ 07506 | Hawthorne, NJ 07506 |

Social Security No.:
  xxx−xx−4331                                    xxx−xx−2529

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Charles A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 6, 2020</u>                  <u>Vincent F. Papalia</u>
                                              Judge, United States Bankruptcy Court